| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 68.44.14.52 | 2016-12-10 01:24:09 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Elkhart |
| 2 | 98.212.73.34 | 2016-12-10 02:02:42 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Chesterton |
| 3 | 67.162.91.127 | 2016-12-10 03:21:29 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Goshen |
| 4 | 98.223.101.144 | 2016-12-10 04:52:35 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Lafayette |
| 5 | 73.73.141.153 | 2016-12-10 07:59:14 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Valparaiso |
| 6 | 73.146.132.179 | 2016-12-10 08:25:54 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Fort Wayne |
| 7 | 98.206.81.200 | 2016-12-10 12:23:36 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Warsaw |
| 8 | 98.206.225.12 | 2016-12-10 15:31:09 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Michigan City |
| 9 | 73.9.56.71 | 2016-12-10 21:16:16 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Granger |

**Exhibit B**